No. 52581.—Allied Purchasing Corp. et al. *v.* United States, protests 1737–K, etc. (New York).

Opinion by RAO, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.